IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA - CIVIL DIVISION

| | | |
|---|---|---|
| TEAM MAJOR, LLC,<br>1423 F Street, NE<br>Washington, DC 20002,<br><br>    Plaintiff,<br><br>v.<br><br>GLORY BOYZ ENTERTAINMENT, LLC,<br>3006 West Belmont Street<br>Chicago, IL 60618,<br><br>IDRIS ABDUL WAHID,<br>5242 S. Hyde Park Blvd. #402,<br>Chicago, IL 60615,<br><br>and<br><br>KEITH COZART (aka "CHIEF KEEF")<br>3006 West Belmont Street<br>Chicago, IL 60618,<br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Case No: _____ |

## COMPLAINT

Plaintiff, Team Major, LLC, by and through Sulton Law Offices, PLLC, brings this action for monetary damages for breach of contract.

### JURISDICTION AND VENUE

1.   This Court is vested with jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. § 1332. The matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

1

2. The unlawful practices alleged herein were committed within the judicial district of the United States District Court for the District of Columbia. Venue of this action is vested in this Court pursuant to 28 U.S.C. § 1391.

**PARTIES**

3. Plaintiff Team Major, LLC is a limited liability company, formed and registered in the District of Columbia. It is in the business of promoting live music shows.

4. Defendant Glory Boyz Entertainment, LLC is a limited liability company. It was formed in the State of Nevada on May 30, 2012. The Nevada Secretary of State assigned it NV Business ID # NV20121242755. The listed Registered Agent is United Corporate Services, Inc., 202 South Minnesota Street, Carson City, NV 89703. Glory Boyz Entertainment, LLC also uses the address of 3006 W Belmont, Chicago, IL 60018. It lists among its managers Defendant Keith Cozart.

5. Defendant Idris Abdul Wahid is a resident of the State of Illinois. At all times material hereto, he was the Manager of Artists and Repertoire for Defendant Glory Boyz Entertainment, LLC.

6. Defendant Keith Cozart is a resident of the State of Illinois. He is a manager of Defendant Glory Boyz Entertainment, LLC. He also is a music artist, performing under the pseudonym "Chief Keef".

**CLAIM FOR RELIEF**

7. In or about October of 2012, while in the District of Columbia, Plaintiff was contacted by Defendants. Defendants offered to have Cozart perform for Plaintiff in London, England on December 29, 2012.

8. Plaintiff accepted Defendants' offer.

9. The parties entered into a contract for Cozart's live performance in London, England on December 29, 2012.

10. Plaintiff's Chief Executive Officer Abubakarr Tejan-Jalloh, signed the booking agreement on behalf of Plaintiff.

11. Wahid signed the booking agreement on behalf of all Defendants.

12. Consistent with their contract, Plaintiff fully and timely performed all of its obligations under the contract, including but not limited to:

    a. paying an advance fee of $13,500 to Defendant Glory Boyz Entertainment, LLC;

    b. booking an appropriate event venue, with all necessary permits to conduct the event, and incurring substantial costs to so do; and

    c. completing all other tasks associated with arranging for Cozart's live performance in London, England, and incurring substantial costs to so do.

13. Defendants had an obligation and duty arising out of this contract to ensure Cozart appeared and performed at Indigo 02 in London, England, on December 29, 2012.

14. Defendants failed to ensure Cozart's appearance and performance at the event as scheduled.

15. Cozart failed to appear at the event as promised.

16. Cozart failed to perform at the event as promised.

17. Defendants breached the contract, causing damages and other losses to Plaintiff, including but not limited to depriving Plaintiff of the benefits of Plaintiff's bargain.

18. As a direct, foreseeable, and proximate result of Defendants' intentional unlawful conduct complained of herein, Plaintiff suffered injuries, damages and other losses, including but not limited to:

   a. Deposits;

   b. Booking fees;

   c. Refunds issued to fans who purchased tickets in advance;

   d. Unrealized revenues from day-of-show ticket sales;

   e. Sunk costs for promotion of the canceled event, including goods, services, and salaries;

   f. Venue rental;

   g. Event insurance;

   h. Travel expenses;

   i. Reputational harm; and

   j. Legal costs and fees.

19. These injuries, damages and other losses continue into the present and will continue into the foreseeable future.

20. Plaintiff requests relief as hereinafter provided.

**RELIEF REQUESTED**

Wherefore, Plaintiff respectfully requests this honorable Court enter judgment against Defendants, and provide the following relief:

A. An order that Defendants pay, jointly and severally, all damages Plaintiff sustained as a result of the breach of contract, including, but not limited to compensatory

damages, general damages, punitive damages, plus pre- and post-judgment interest and other statutory penalties;

      B.    An order that Defendants pay, jointly and severally, all costs of action incurred herein, including reasonable attorneys' fees and expert fees to the extent available under federal laws;

      C.    Retain jurisdiction over this action to assure full compliance with the Orders of the Court; and

      D.    Such other and further legal and equitable relief as this Court deems just and reasonable under the circumstances.

## DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all causes of action and claims with respect to which Plaintiff has a right to jury trial.

Dated this 16th day of March, 2013.

          **SULTON LAW OFFICES, PLLC**

          **s/PATRICE A. SULTON**
          Patrice A. Sulton, Esq.
          DC Bar # 990606
          601 Pennsylvania Avenue, NW
          Suite 900 South
          Washington, DC 20004
          Telephone: (202) 681-8783
          Email: patrice.sulton@sultonlaw.com

          **Plaintiff's Attorney**