Default - Rule 55A (CO 40 Revised-4/2011)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

TEAM MAJOR LLC

       Plaintiff(s)

    v.

Civil Action: 13-0346 ESH

GLORY BOYZ ENTERTAINMENT LLC et al

       Defendant(s)

**RE:** GLORY BOYZ ENTERTAINMENT LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 19, 2013, and an affidavit on behalf of the plaintiff having been filed, it is this 11 day of April, 2013 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/Jackie Francis
Deputy Clerk