AO 440 (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Keith Cozart__
was received by me on *(date)* __3.21.13__.

☒ I personally served the summons on the individual at *(place)* __Newport Music Hall, 1722 N. High St. Columbus, OH 43201__ on *(date)* __3.23.13__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3.24.13__

*Server's signature*

__Ron Freeman   Private Process Server__
*Printed name and title*

__2400 Indiana Ave. Columbus, OH 43202__
*Server's address*

Additional information regarding attempted service, etc:

SAVANNAH FREEMAN
NOTARY PUBLIC, STATE OF OHIO
My Commission Expires 10/31/2017

*Savannah Freeman* 3-25-13