## GLORY BOYZ ENTERTAINMENT BOOKING AGREEMENT

This contract made and entered into this 31st day of October, between Glory Boyz Entertainment on behalf of Chief Keef after referred to as "artist", and Team Major after referred to as "promoter". Promoter hereby engages artist, and artist hereby agrees to perform at the engagement herein after referred to within the terms and conditions contained herein:

1. The artist's performance fee for this event is $23,000 plus hotel of which a deposit of half is required upon signing the contract. Deposit should be made in the form of certified check, money order, or bank wire within (5) business days of signing the contract. No personal checks will be accepted. The balance of $11,500 shall be paid to the artist in cash upon arrival at venue immediately prior to performance. In addition promoter will pay a non-refundable booking fee of $2,000, to be paid along with show deposit.

2. A minimum of fifteen (15) days cancellation is required to receive a refund. If adequate notice is not given, the deposit will be forfeited. Bookings are not confirmed until deposit and contracts are received. Artist's name shall not be used on publications (flyers) or any other promotional materials until receipt of booking confirmation

3 The artist agrees to perform on the date of Saturday December 29th, 2012 in the city of London, England at Indigo 02. The promoter will provide the artist and agent with the name and address of the venue as well as the exact time of performance so that there is no miscommunication. Artist agrees to not perform, do hosting, etc thirty days prior and thirty days after the date or performance within the same market.

4 Promoter agrees to provide a lawful, secure venue with all necessary permits to conduct the event. The Promoter shall at all times have complete supervision, direction and control over the services of the artist on this engagement and expressly reserves the right to control the manner, means and details of the performance of services by the artist. Promoter will retain first rights of refusal for any after-party, etc. involving artist(s). Promoter will have twenty-four hours to match other offers from promoters in the same market on the date stated above.

5. It is agreed and understood that for if any reasons other than the failure of the promoters to produce these events according to the standards agreed upon herein, an act of God, Civil war, or any other natural disaster of which the artist has no control, the artist will be ready and able to perform as per the agreement. If the artist fails to appear for any reasons other than those stated above, it is agreed that the deposit will be returned to the promoter fully, and promptly.

6. The agency's responsibility to the client is to consult and advise, offer and promote an act. The agency shall serve as intermediary and consultant prior to the function. In no event shall the agency nor the promoter be held liable for any personal injury, property damage or subjective performance-related complaints or for any other mishaps occurring at the function that are directly or indirectly the fault and or responsibility of the act. The act and the client agree to indemnify and hold the agency harmless against any and all claims for damages resulting from this booking.

7. The promoter, by signing this agreement, warrants he/she is eighteen (18) years of age or older and is authorized to enter into a legally binding contract.

8. This agreement may not be changed, modified, or altered in any way except under full agreement by an authorized agent of both the promoter and agent of the artist.

9. Bank Information, send Payments to

**IDRIS ABDUL WAHID**
**Chase Bank**
**Routing: 071000013**
**Account: #3060567987**
**11578 S. Wabash Ave.**
**Chicago, IL 60628 SSN#: 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**

EXHIBIT
1

**PROMOTER**                                    **DATE** 11-1-2-12

Print name here:

**AGENT**                                       **DATE 10-31-12**
Print name here: Idris Abdul Wahid



**BigGucciSosa300** @ ChiefKeef                                    5 Dec

Tickets for my London concert @Indigo w/ J Spades. Mad Money  All Ready Gang & Nines @ 02 Dec 29th on sale NOW visit: ow.ly/fm7Sy

Expand



**BigGucciSosa300** @ ChiefKeef                                    1 Dec

London turn up I can't get there fast enough Dec 29 I'm there Canada . India . china . Hattie . Africa . Y'all next Gbe

Expand



**BigGucciSosa300** @ ChiefKeef                                    30 Nov

I wanna see my fans from London when I get there holding there copies of finally rich Dec 29 Gbe

Expand



**BigGucciSosa300** @ ChiefKeef                                    19 Nov

The wait is over London Tickets for my London concert @Indigo 02 Dec 29th is now on sale visit: ow ly/fm7Sy & buy your tickets now

Expand



**BigGucciSosa300** @ ChiefKeef                                    3 No.

# @ I qlt's official London I'm coming n December more info for my 1st UK Concert coming soon team major All ready gang

Expand

**EXHIBIT**

2



Let these be filed

CSH
7/25/13

EXHIBIT
5
tabbies



## dates of missed shows

**Patrice A. Sulton, Esq.** <patrice.sulton@sultonlaw.com>
To: Mohamed Leonce Lamin <ml.leonce@gmail.com>, teammajorent01@gmail.com

Wed, Jul 17, 2013 at 6:52 PM

| Feature | 4/26/13 |
|---|---|
| Video shoot | 11/16/12 |
| 106 & park | 6/9/13 |
| New York | 4/6/13 |
| New Jersey | 12/22/12 |
| Charlotte, North Carolina | 4/6/13 |
| Greensboro, North Carolina | 4/6/13 |
| South Carolina | 12/14/12 |
| Indiana | |
| Ohio | 3/22/13 |
| Wisconsin | |
| Alabama | |

https://mail.google.com/mail/ca/u/0/?ui=2&ik=2f36f1cd7c&view=pt&q=in%3Asent-lamin&cs=true&search=query&th=13fee461368d4805



EXHIBIT
6

tabbies®

N/A Mail - dates of missed shows

Florida

Washington, DC

4/20/13

Patrice A. Sulton, Esq.

SL   LAW OFFICES PLLC

601 Pennsylvania Avenue, NW
Suite 900 South
Washington, DC 20004
(202) 681-8783

www.sultonlaw.com



## CELEBRITY TALENT AGENCY

DIVISION OF GLOBAL TOURING LLC
GAINESVILLE, GA
404-590-6601

## ARTIST ENGAGEMENT AGREEMENT

# CHIEF KEEF BOOKING

AGREEMENT made this **4th** day of **December 2012** between **GBE/INTERSCOPE  RECORDING ARTIST "CHIEF KEEF" /UNCLE RO MANAGEMENT(ARTIST) on behalf of ME CELEBRITY TALENT  (OFFICIAL AGENT)** and **SEAN SMITTY SMITH/KASH KASTRO  ("EVENT PURCHASER")**

THE PURCHASER hereby engages the AGENT to procure an engagement for CHIEF KEEF (Artist). It is mutually agreed and understood that the purchaser must pay a booking fee of **( all –in)** for services rendered  This payment shall be made in full along with the completion of the FIRST deposit required under original ARTIST Agreement. Purchaser also acknowledges that purchaser shall not circumvent agent on any future agreements with the artist for a period of no less than 12 months.

| | | |
|---|---|---|
| 1  PLACE OF ENGAGEMENT | **Orangeburg National Guard Armory** | |
| | **1645 STONEWALL JACKSON BLVD** | |
| | **ORANGEBURG SC.** | |
| | **CLUB 21** | |
| | **3099 ROESSVILLE FERRY ROAD** | |
| | **ORANGEBURG SC** | |

2  DATE(S) OF ENGAGEMENT        **FRIDAY  December 14,  2012**

3  HOURS OF ENGAGEMENT         **10PM/1AM**

4  REHEARSAL(S)                         **Sound check  TBA**

5  FULL PRICE AGREED UPON   **$25,000 (ALL IN)  AND ALL RIDER REQUIREMENTS ATTACHED HERETO ARE HEREBY MADE A PART HEREOF. THIS IS A  PERFORMANCE / AFTERPARTY**

EXHIBIT

7

**PURCHASER** will make payments as follows  **all payments can be paid by cash or bank wire transfer\*\***

**\*\*\*(A) $15,000  = $12,500 + 2,500 TOUR BUS   DEPOSIT DUE TO CONFIRM DATE**

> GLOBAL  TOURING LLC
> SUNTRUST BANK
> ACCT# 1000149040569
> ROUT# 061000104
> 400 SHALLOWFORD RD
> GAINESVILLE, GA

    (B) **$10,000**   *Balance artist fee*/ shall be paid in by PURCHASER to ARTIST REP **IN CASH UPON ARRIVAL TO HOTEL ON DAY OF EVENT**

If scheduled payments are not made on time, ARTIST has right to cancel this agreement and PURCHASER shall be liable to the ARTIST for the damages, in addition to the compensation provided herein

If PURCHASER decides to cancel within ten(10) days prior to event, PURCHASER will forfeit deposit, but will not be responsible for balance of payment
 If by any means club venue tour agent deems venue unfit for entry, Artist has right to refusal, but will allow venue "due time" in order to resolve situations  If situation is deemed a "riot or out of control" Artist will refuse entry to venue

If  by any reason unless deemed uncrollable by artist due to the event of an alleged material breach of this Agreement by ARTIST, PURCHASER agrees that the maximum damages which PURCHASER may seek to recover will be limited to necessary out-of-pocket expenses directly incurred by PURCHASER relating to the Performance, including out-of-pocket costs, taking into account any amounts that PURCHASER recovered or could have recovered using its best efforts to mitigate its damages.  Notwithstanding the foregoing, PURCHASER will not be entitled to recover any alleged lost profits or similar damages.

Force Majeure(a)A "Force Majeure Event"is defined as one or more of the following causes which renders performance impossible or unsafe: death, illness of, or injury to Artist or a member of Artist's immediate family, any of Artist's musicians, or any or ARTIST's key personnel; ARTISTS' obligations hereunder are subject to accidents, Acts of God, threat(s) or act(s) of terrorism, riots or other form(s) of civil disorder in, around, or near the Performance(s) venue; any act, order, rule or regulation of any court, government agency, or public authority; strikes, lockout or other forms of labor difficulties; absence of power or other essential services; failure of technical facilities; failure or delay of transportation not within ARTIST's reasonable control; inclement weather; fire, epidemics, diseases, any act or order of any public authority or any other cause, similar or dissimilar, beyond the ARTIST's or PURCHASER's control. (b) If a Force Majeure Event occurs, the parties' respective obligations hereunder will be excused fully, without any additional obligation, subject to the provisions of Section 4(c )below, and each of the parties shall bear its own costs incurred in connection with this Agreement.(c)Notwithstanding the foregoing, if Artist is ready and willing to perform, PURCHASER will still be obligated to ARTIST the full amount of the guarantee set forth in this Agreement.
If  by  any  reason other than  a "Force Majeure Event, that artist does not appear, Main Events will recover

purchaser funds from allocated parties within one week

6   Scale of Admission _____ Capacity          Ticket Price $

X_____
          (EXECUTER) Sean Smith

X_____
          **(PURCHASER)**

X   _____
          **TRE FERGUSON (AGENT)**

# CHIEF KEEF
# (RIDER)

**ANY ADJUSTMENTS TO THIS RIDER AND CONTRACT CAN BE AUTHORIZED ONLY BY ARTIST AGENT.**

*Transportation:*

***TOUT BUS ($2500 BUYOUT HAS BEEN INCLUDED IN AGREEMENT) not applicable***

***Ground Transportation:***

***PURCHASER TO PROVIDE 2 BLACK SUVS FOR AIRPORT PICKUP AND MOVES WITHIN THE MARKET***

**ONE SUITE**
**AND**
**5 SINGLES**

**MUST BE AT LEAST 3 SMOKING ROOMS AVAILABLE**

**All to be booked through artist travel agent unless authorized otherwise.**

Hotel must not be less than a **THREE STAR** hotel. Artist Management will not accept anything less; management reserves the right to change rooms/hotel at Purchaser's expense  All rooms should be reserved for Artist in the name in which is provided by agent in advance  NO ONE is to know the room of Artist  Reservations are to be paid in full, prior to Artist arrival, with all taxes and gratuities and shall be guaranteed for early/late check-in and late checkout at 4pm

***Dressing Room:***
        **PURCHASER** shall provide Artist and Staff (at no cost to Artist) with **ONE** (1) clean, large, comfortable dressing room with lockable doors for the sole use of Artist and Staff  Each room must be large enough to accommodate eight (8) people. Dressing rooms should be separate from the general public, well lighted, heated, or air-conditioned whichever the weather dictates and have bathroom facilities within dressing room or in close proximity  Dressing rooms is for the exclusive use of Artist and Artist's Staff only. This room should not be interred at anytime, without he permission of the Artist or Artist's Management  DRESSING ROOMS SHOULD HAVE AT LEAST ONE (1) DOZEN CLEAN HAND TOWELS

***Refreshments & Meals:***
        **PURCHASER** shall provide Artist and Artist's Staff only with the following meals and refreshments, which are at no cost to Artist or Staff  (NOTE: all refreshments MUST be in dressing room before artist arrival.)

**ARTIST:**

            ASSORTED JUICES, REDBULLS, SODAS
            $150 PERDIUM DUE WITH BACKEND

**ARTIST CREW:**

>> **1 Bottles of Ciroc.**
>> **1 Bottle Hennessey**
>> **1 Bottle Patron**
>> **1 Liter Juices 2 Orange , 1 Cranberry,**
>> **ALL necessary utensils, cups, ice & napkins**
>> **Case Redbull**

**STAGE REQUIREMENTS:**

> **30 LARGE PLASTIC CUPS**
> **2 BUCKETS FULL OF ICE**
> **12 BOTTLES FIJI WATER**
> **10 HAND SIZE TOWELS**

*Security:*

**PURCHASER** shall provide sufficient security that is comparable to the capacity of the Venue There must be at least six (6) security persons to secure stage area. Purchaser shall be responsible for any theft or damage to equipment of Artist that may occur during the time of the event that the equipment is located on Purchaser's hired premises. Two (4) security persons should be provided specifically for CREW at Venue.

*Complimentary Tickets:*
      **PURCHASER** shall provide Artist with  (10) free tickets OR where there are no tickets, Ten (10) entries on the guest list

*Merchandising:*
      **ARTIST** shall have the option to sell albums, tapes, CD's, DVD's, videotapes, and any other merchandising material at the performance and shall retain all proceeds of such sales

*Advertisements:*
      Must be no advertising until fully executed contract and deposit   Purchaser shall place the correct information in all radio, TV, and print advertisement  THIS EVENT MAY BE ADVERTISED AS PERFORMANCE.  **Audio drops are done according to artists schedule. Chief Keef charges additional if video drop is requested.**

**CHIEF KEEF (correct spelling)**
**GBE/INTERSCOPE ARTIST**

ALL FLYERS MUST BE APPROVED BEFORE RELEASE!!

X_____
   (ARTIST REP)

X_____
   **(PURCHASER)**

c  Purchaser hereby indemnifies and holds GLORY BOY ENTERTAINMENT ("GBE"), as well as their respective representatives, principals, employees, officers and directors, harmless from and against any loss, damage or expense including reasonable attorney's fees, incurred or suffered by or threatened against Producer or Artist or any of the foregoing in connection with (i) as a result of (i) Purchaser's act(s) or omission(s) or breach of this contract or (ii) any claim for personal injury or property damage or  otherwise brought by or on behalf of any third party person, firm or corporation as a result of or in connection with the engagement, which claim does not result from the active and willful negligence of the Artist and/or Producer.

d  GLORY BOY ENTERTAINMENT ("GBE") acts herein only as agent for Artist and is not responsible for any act or omission on the part of either Artist or Purchaser. In furtherance thereof and for the benefit of GBE, it is agreed that neither Purchaser nor Producer shall join GBE as a party in any civil action or suit arising out of, in connection with, or related to the act(s) or omission(s) of Purchaser, Artist or Producer. In the event of any claim between the parties, GBE shall have the right to bring an interpleader action in the event of a holdback of any monies.

e  This contract and any annexed agreements (i) cannot be assigned or transferred without the written consent of agent, (ii) contains the sole and complete understanding of the parties hereto and (iii) may not be amended, waived or discharged, except by an instrument in writing signed by both parties. The validity, construction and effect of this contract shall be governed by the laws of the State (i.e., ILLINOIS set forth in the letterhead address of this contract) regardless of the place of performance unless otherwise provided in the contract or any rider hereto. THE PERSON EXECUTING THIS AGREEMENT ON PURCHASER'S BEHALF WARRANTS HIS/HER AUTHORITY TO DO SO, AND SUCH PERSON HEREBY PERSONALLY ASSUMES LIABILITY FOR THE OBLIGATION ASSUMED BY PURCHASER HEREIN. The terms "Agent", "Artist" and "Purchaser" as used herein shall include and apply to the singular, the plural and to all genders.

IN WITNESS WHEREOF, the parties hereto have hereunto set their names and seals the day and year first above written.

by:

GLORY BOY ENTERTAINMENT

EXHIBIT
8